BENJAMIN GERKS, Appellant, v. IRVING R. BOODY AND Co., INC., and POSTAL TELEGRAPH-CABLE COMPANY, Respondents.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LARRY HIRSCH, Also Known as LAWRENCE CHARLES HIRSCH, Appellant, v. WILLIAM HUNT, Warden of Attica State Prison, Attica, New York, Respondent.— Motion for a reargument denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

## (March 27, 1942.)

In the Matter of the Estate of CHARLES W. PRATT, Deceased. WALTER PRATT, as Executor, etc., of CHARLES W. PRATT, Deceased, Appellant; MAY E. SPERRY, as Executrix, etc., of CLARENCE R. SPERRY, Deceased, Petitioner, Respondent.— Decree affirmed, with costs payable out of the estate. All concur. (The decree is for claimant on a claim against an estate for legal services.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

JAY NYE and MYRTIE NYE, Appellants, v. EMPIRE GAS & FUEL COMPANY, LIMITED, Respondent.— Judgment affirmed, without costs. All concur. (The judgment dismisses the complaint in an action to rescind a contract on the ground of fraud and misrepresentation.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

DOMENICA ALUZZO, an Infant, by Her Guardian ad Litem, ANGELINA ALUZZO, Respondent, v. LEO SORALLO, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence. For a proper form of verdict see rule 241 of the Rules of Civil Practice. All concur. (The judgment is for plaintiff in an action in ejectment.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

WILLIAM L. CLAY, Appellant, v. ALBERT MASON and UNITED STATES GYPSUM COMPANY, Respondents.— Judgment and order reversed on the law, with costs to the appellant to abide the event, and motion denied, without costs. All concur, except Cunningham and Taylor, JJ., who dissent and vote for affirmance. (The judgment and order dismiss plaintiff's second cause of action, in an action to recover for legal services performed.) Present — Crosby, P. J., Cunningham, Harris and McCurn, JJ.

In the Matter of the Judicial Settlement of the Accounts of MARGARET ENNIS CUNNAN, as Administratrix, etc., of KATHARINE ENNIS, Deceased. LOUISE M. ENNIS, Appellant, in Person; MARGARET ENNIS CUNNAN, as Administratrix, etc., Respondent.— Orders affirmed, without costs. All concur, Harris, J., not voting. (One order denies the motion of petitioner to open the decree settling the accounts of the administratrix; one order resettles the previous order; one order denies petitioner's motion to amend the order of resettlement.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.